IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE §
PETITION OF ROGER A. § No. 414, 2017
EDWARDS FOR A WRIT OF §
HABEAS CORPUS §

Submitted: October 31, 2017
Decided: November 3, 2017

**O R D E R**

This 3rd day of November 2017, it appears to the Court that, on October 9, 2017, the Senior Court Clerk issued a notice directing the petitioner to show cause why his petition for a writ of habeas corpus should not be dismissed for this Court's lack of original jurisdiction to issue a writ of habeas corpus. The petitioner failed to respond to the notice to show cause within the required ten-day period. Dismissal of this petition is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the petitioner's petition for a writ of habeas corpus is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice